IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LAUREN B. PENA,** *Plaintiff,* § § § § | |
| v. § | **CASE NO. 1:25-CV-01790-ADA-DH** |
| § § § | |
| **FRANK J. BISIGNANO,** *Defendant.* § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 5. The report recommends that this Court (1) DENY Peña's motion to submit additional evidence (Dkt. 3) as MOOT without prejudice to refiling; and (2) DISMISS Peña's due-process and Administrative Procedure Act claims without prejudice pursuant to 28 U.S.C. § 1915(e)(2). Dkt. 5 at 4. The report was filed on November 24, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 5) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Peña's motion to submit additional evidence (Dkt. 3) is hereby DENIED-AS-MOOT without prejudice to refiling

**IT IS FURTHER ORDERED** that Peña's due-process and Administrative Procedure Act claims are hereby DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915(e)(2).

**SIGNED** this 19th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE